DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GOLDEN CHIROPRACTIC, P.A.,** a/o/o **QUANTEANA AUSTIN,**
Appellant,

v.

**ENTERPRISE LEASING COMPANY OF FLORIDA, LLC,**
Appellee.

No. 4D21-1239

[September 15, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sandra Bosso-Pardo, Judge; L.T. Case No. 502019SC021508XXXXMB.

Todd Landau of Todd Landau, P.A., Hollywood, for appellant.

David C. Borucke of Cole, Scott & Kissane, P.A., Tampa, for appellee.

**CONFESSION OF ERROR**

PER CURIAM.

Assignee, Golden Chiropractic, P.A., appeals the county court's final summary judgment in favor of Enterprise Leasing Company of Florida, LLC. In response, Enterprise Leasing filed a confession of error and agrees that a reversal is required. We accept the confession of error, reverse the order appealed, and remand for further proceedings.

*Reversed and remanded.*

CONNER, C.J., GERBER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***